# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEONARD WAYNE TAYLOR,**

    **Plaintiff,**

v.                                           Case No. 4:16cv491-MW/CAS

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 27 Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss filed by the Department of Corrections, ECF No. 11, and the motion to dismiss by Corizon, ECF No. 4, are **GRANTED**. Plaintiff's amended complaint, ECF No. 13, is **DISMISSED**. However, Plaintiff is **permitted to file a second amended complaint** in compliance with the Report

---

[1] Plaintiff sought and received an extension of time to March 31, 2017, in which to file objections to the report and recommendation. Plaintiff failed to file any objections.

1

and Recommendation. Plaintiff must file his second amended complaint on or before **May 10, 2017, or this cause will be dismissed.**

**SO ORDERED on April 10, 2017.**

> **s/Mark E. Walker             **
> **United States District Judge**