IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEONARD WAYNE TAYLOR,**

    **Plaintiff,**

v.                                           Case No. 4:16cv491-MW/CAS

**FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
AMENDED SECOND REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Amended Second Report and Recommendation. ECF No. 38. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 33, and third amended complaint, ECF No. 37, are **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and for failure to comply with court orders.

1

The Clerk shall note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on July 25, 2017.**

<u>s/Mark E. Walker</u>    ____
**United States District Judge**